NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIAN K. NEWSOME,**
*Petitioner*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent*

---

2015-3167

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-15-0179-I-1.

---

**JUDGMENT**

---

DANIEL CRAIG COOLEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for petitioner. Also represented by J. DEREK MCCORQUINDALE; JAMES R. BARNEY, JASON LEE ROMRELL, Washington, DC.

RYAN MAJERUS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 4, 2016                /s/ Daniel E. O'Toole
      Date                Daniel E. O'Toole
                          Clerk of Court